| | |
|---|---|
| CENTER FOR DISABILITY ACCESS | |
| Ray Ballister Jr., Esq., SBN 111282 | |
| Russell Handy, Esq., SBN 195058 | |
| Dennis Price, Esq., SBN 279082 | |
| Amanda Seabock, Esq., SBN 289900 | |
| 8033 Linda Vista Road, Suite 200 | |
| San Diego, CA 92111 | |
| (858) 375-7385; (888) 422-5191 fax | |
| AmandaS@potterhandy.com | |
| Attorneys for Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | **Case:** 3:21-cv-06586-EMC |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| ELIETH D. CALDERA-GUERRERO; | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Elieth D. Caldera-Guerrero has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 23, 2021       CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

[Stamp: GRANTED, Judge Edward M. Chen, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

1